IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:15-CR-141-TWT |
| ISMAEL DIAZ-OCHOA, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 16 & 20]. The Defendant's Objections fail to address the controlling case law cited in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 16 & 20] is DENIED.

SO ORDERED, this 11 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge